# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

2019 SEP 26 AM 11:59

| | |
|---|---|
| UNITED STATES OF AMERICA | :    Case No. 2:19 cr 211 |
| | :    JUDGE    *Judge Marbley* |
| vs. | : |
| | : |
| DANIEL LEE RIPPY, | : |
| | :    FILED UNDER SEAL |

## SEALED ORDER TO SEAL INDICTMENT AND ARREST WARRANT

The Government having moved to seal the motion, Indictment, and Arrest Warrant and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

Sept. 26, 2019
_____
DATE

_____
UNITED STATES MAGISTRATE JUDGE