## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CHIEF JUDGE MARBLEY** |
| | : | |
| DANIEL LEE RIPPY, | : | **CASE NO. 2:19-cr-211** |
| Defendant. | : | |
| | : | |
| | : | |

## MOTION TO UNSEAL CASE

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the captioned case be unsealed.

Respectfully submitted,

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Blvd, Ste 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Email: Jessica.Knight@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government's motion to unseal case was served

this 27th day of November, 2019, electronically on all counsel of record.

s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney