## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CHIEF JUDGE MARBLEY** |
| | : | |
| DANIEL LEE RIPPY, | : | **CASE NO. 2:19-cr-211** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

## ORDER TO UNSEAL CASE

The Government having moved to unseal this case, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that said document be **UNSEALED.**

UNITED STATES DISTRICT JUDGE

12/3/19
Date