IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

                    Plaintiff,

vs.

Daniel Lee Rippy,

                    Defendant,

## NOTICE

Case No. CR2-19-211

JUDGE MARBLEY

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

**Place:**     UNITED STATES DISTRICT COURT
              319 U.S. Courthouse
              85 Marconi Boulevard
              Columbus OH  43215

**COURTROOM # 1 - 3rd Floor**

February 14, 2020 @ 9:00 A.M.
**If an interpreter is needed, please notify ASAP**

TYPE OF PROCEEDING:   **ARRAIGNMENT ON INDICTMENT**

ALGENON L. MARBLEY
United States District Judge

DATE: February 11, 2020

_(By) Betty L. Clark, Deputy Clerk_
(614) 719-3265

TO:   , Esq., 303 Marconi Blvd., Ste. 200 Columbus OH  43215
    , Esq.,  St., Columbus OH  43215
    U.S. Pretrial Services,  U.S. Courthouse, Columbus OH 43215
    U.S. Probation,  U.S. Courthouse, Columbus OH 43215
    U.S. Marshal,  U.S. Courthouse, Columbus OH 43215