# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:19-cr-211** |
| **Plaintiff,** | |
| | **CHIEF JUDGE MARBLEY** |
| **vs.** | |
| **DANIEL LEE RIPPY** | |
| **Defendant.** | |

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND MOTION DEADLINES

Now comes United States of America, by David M. Devillers, United States Attorney, and Jessica W. Knight, Assistant United States Attorney, along with counsel for Defendant, and respectfully requests that the Trial set for April 13, 2020 and corresponding motion deadlines as listed in the Scheduling Order (Doc. #12) be continued for the reasons set forth below in the Memorandum in Support.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/*Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Knight@usdoj.gov

## MEMORANDUM IN SUPPORT

On September 26, 2019, the Grand Jury returned an Indictment against Defendant Daniel Lee Rippy charging him with one count of transmitting a Threat in Interstate Communications, in violation of 18 U.S.C. § 875(c).  Mr. Rippy appeared for arraignment on February 14, 2020.  The matter is presently scheduled for trial on April 13, 2020.  This is the Parties first motion to continue and all Parties are available for a trial that would start on the following dates:

- May 11, 2020
- May 18, 2020
- May 26, 2020

The Government anticipates an additional round of discovery, but has otherwise produced the materials in its possession to date.  The Parties also have started discussions regarding a possible pre-trial resolution and the Government anticipates providing a proposed Plea Agreement for Defendant's review with counsel in the near future.  To that end, in order to engage in meaningful discussions regarding possible pretrial resolutions and review any remaining discovery, the Parties respectfully request a short continuance of the current trial date and motion deadlines.  Both counsel submit that the ends of justice will be served by granting the continuance and that it outweighs the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(7)(A).

2

WHEREFORE, the United States and Defendant's counsel requests that the Trial and motion deadlines be continued to one of the proposed dates above, or a date convenient for the Court, if those dates are not acceptable. Defendant's attorney Soumyajit Dutta agrees to the requested continuance and Defendant waives his rights under the Speedy Trial Act.  This motion is filed by the government for the convenience of the Parties.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney


s/*Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Knight@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Continuance was served the 4th day of March, 2020, electronically on all parties of record.



s/*Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney