IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Case No. CR2-19-211** |
| | : | |
| **DANIEL LEE RIPPY,** | : | **CHIEF JUDGE MARBLEY** |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter came before the Court by way of a Joint Motion to Continue the Jury Trial and Motion Deadlines. The Court hereby **GRANTS** said Motion and establishes the following schedule which will govern the course of this case through trial. This schedule, however, may be subject to change due to changing circumstances precipitated by the COVID-19 pandemic.

## I. TRIAL DATE

This case is set for trial on **Tuesday, May 26, 2020 at 9:00 a.m.**

## II. MOTIONS

All motions of any kind, by the defendant or by the government, shall be filed on or before **April 13, 2020.** All briefs opposing said motions shall be filed on or before **April 22, 2020.** Reply briefs will not be filed. Upon the filing of any motion, the movant shall state therein whether an evidentiary hearing is required and the reasons therefor. If the Court agrees, a hearing will be set forthwith.

## III. PLEA NEGOTIATIONS AND PLEA AGREEMENT

Plea agreement discussions between the Assistant U.S. Attorney and the attorney for the defendant, pursuant to Rule 11(E), Federal Rules of Criminal Procedure, shall be commenced as

1

soon as practicable.  If a plea agreement is reached, notice thereof shall be given to the Court forthwith and a change of plea will be scheduled.  Counsel are instructed to comply with District Order 815 dealing with pleas of guilty offered pursuant to a plea agreement, and pleas of guilty offered in the absence of a plea agreement.

## IV.  **MOTION FOR CONTINUANCE**

Any motion for a change of the trial date shall be in writing and shall be made at least ten days prior to the scheduled trial date and set forth those factors listed in Title 18 U.S.C. § 3161(h)(8)(B), which the movant contends support the motion.

## V.  **PRETRIAL**

This matter is set for a Final Pretrial Conference on **Friday, May 15, 2020 at 2:00 p.m.** Counsel shall be prepared to discuss the following matters:

(A)  Motions In Limine

(B)  Stipulations

(C)  Contested Legal Issues

(D)  Length of Trial

(E)  Voir Dire

    (1)  Procedure

    (2)  Number of Alternates

(F)  Need for Audio-Visual Equipment or Other Special Equipment

(G)  Jury Instructions

(H)  Miscellaneous Issues

2

## VI.  <u>TRIAL PROCEDURES</u>

Counsel are instructed to review thoroughly the attached trial procedures, fully incorporated into this Order, which set out the procedures to be followed at trial.  The Order further notes that the following items must be filed with the Court on or **May 4, 2020:**

(A)  Motions In Limine

(B)  Proposed Jury Instructions

(C)  Stipulations

(D)  List of Exhibits

Parties are reminded that all deadlines set forth in this Order are firm.  The parties **SHALL** file or submit to the Court's chambers all required documents by the dates set forth in this order unless <u>prior</u> approval of the Court for filing on a later date has been obtained from the Court.

Parties are also reminded that the use of mobile devices, including but not limited to text messaging and emailing, during status conferences before the Court is strictly prohibited.

<u>s/Algenon L. Marbley</u>
**ALGENON L. MARBLEY**
**Chief United States District Judge**

**DATED:  March 17, 2020**