## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

United States of America

       -vs-                             Case No.  2:19-cr-211

    Daniel Lee Rippy

_____

### NOTICE OF HEARING

TAKE NOTICE that a **Change of Plea Hearing** is scheduled for **June 18, 2020** at **10:30 AM.** This hearing will be held before the **Honorable Norah McCann King**, United States Magistrate Judge in **Courtroom No. 183, First Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio.

Dated May 19, 2020

                                    Norah McCann King
                                    UNITED STATES MAGISTRATE JUDGE

                                   */s/ Spencer Harris*_____
                                    By: Spencer Harris, Courtroom Deputy
                                    614.719.3027
                                    spencer_harris@ohsd.uscourts.gov