**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,

vs.

Daniel Lee Rippy,

CASE NUMBER: 2:19-cr-211
JUDGE MARBLEY
Magistrate Judge King

<u>**NOTICE**</u>

**PLEASE NOTE** the Change of Plea Hearing in the above entitled action has been <u>**RESCHEDULED**</u> to **July 1, 2020 at 2:30 PM.**

**NORAH MCCANN KING
UNITED STATES MAGISTRATE JUDGE**

Date: June 4, 2020

*/s/ Spencer  Harris*
Spencer Harris, Deputy Clerk
614-719-3027
spencer_harris@ohsd.uscourts.gov

<u>**PREVIOUSLY SCHEDULED DATE:**</u>    June 11, 2020