**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  2:19-CR-211 |
| vs. | : | JUDGE: MARBLEY |
| DANIEL LEE RIPPY, | : | |
| | | (MJ: Vascura) |
| Defendant. | : | |

### DEFENDANT'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION

Now comes counsel for Defendant, Daniel Lee Rippy, who requests his previously filed *Defendant's Motion to Reconsider Order Revoking Bond*, (Doc.16) be withdrawn. Counsel may seek to refile this motion at a later date.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

   /s/   Soumyajit Dutta
Soumyajit L. Dutta  (OH 76762)
Assistant Federal Public Defender
Federal Public Defender's Office
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
(614) 469-2999
Soumyajit_Dutta@fd.org
*Counsel for Daniel Lee Rippy*

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

   /s/   Soumyajit Dutta
Soumyajit Dutta

2