**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


UNITED STATES OF AMERICA,

vs.

Daniel Lee Rippy,

CASE NUMBER: 2-19-cr-211
CHIEF JUDGE MARBLEY
Magistrate Judge King


**NOTICE**

   **PLEASE NOTE** the Change of Plea Hearing in the above entitled action has been **RESCHEDULED** to July 1, 2020 at 10:00 AM.


**NORAH MCCANN KING**
**UNITED STATES MAGISTRATE JUDGE**

Date: June 26, 2020        */s/ Spencer  Harris*
                           Spencer Harris, Deputy Clerk
                           614-719-3027
                           spencer_harris@ohsd.uscourts.gov



**PREVIOUSLY SCHEDULED DATE:**    July 1, 2020 at 2:30 PM.