THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE UNITED STATES OF AMERICA

v.

**2:19-cr-211**
**CHIEF JUDGE MARBLEY**

**Daniel Lee Rippy**

### WAIVER OF RIGHTS RELATING TO ENTRY OF GUILTY PLEA HEARING
### CONDUCTED BY VIDEO/TELEPHONIC CONFERENCE

The defendant understands that, under Rule 11 of the Federal Rules of Criminal Procedure, he/she has the right to be personally present at the guilty plea hearing. Defendant also understands that, ordinarily, defendant has the right to have his/her attorney physically present with the defendant during that hearing and that, if he/she requires the assistance of an interpreter, the interpreter would also be physically present with the defendant during that hearing. However, in light of the coronavirus pandemic, and after having consulted with counsel, defendant voluntarily **WAIVES** those rights and **CONSENTS** to proceed with the guilty plea hearing by video/telephonic conference.

I have read, or had read to me, the foregoing waiver and consent and fully understand it.

_Daniel Rippy_
Defendant

_Armond Ditta_
Attorney for Defendant#

Date: _6-30-2020_