**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **:** |
| | **: Case No. 2:19-cr-211** |
| **Plaintiff,** | **:** |
| | **: CHIEF JUDGE ALGENON L. MARBLEY** |
| **v.** | **:** |
| | **:** |
| **DANIEL LEE RIPPY,** | **:** |
| | **:** |
| | **:** |
| **Defendant.** | **:** |

## ORDER

This matter is before the Court on Defendant Daniel Lee Rippy's Motion to Withdraw (ECF No. 19) his Motion to Reconsider Order Revoking Bond (ECF No. 16). For good cause shown, Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

 /s/ Algenon L. Marbley_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 15, 2020**