IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,

vs.

Daniel Lee Rippy,

        Defendant,

**NOTICE**

Case No. CR2-19-211

JUDGE MARBLEY

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

*Place:*

UNITED STATES DISTRICT COURT
319 U.S. Courthouse
85 Marconi Boulevard
Columbus OH  43215

**COURTROOM # 1 - 3ʳᵈ Floor**

October 27, 2020 @ **9:00 A.M.**
***If an interpreter is needed, please notify ASAP****

TYPE OF PROCEEDING:   **SENTENCING**

**\*\*MANDATORY BRIEFING REQUIREMENT:\*\*** Counsel  are to submit sentencing memoranda within one (1) week of the date of this Notice *(October 7, 2020)*. Said memoranda shall address, *inter alia*, the applicability of the factors set forth in 18 U.S.C. §3553(a) and the bases for any proposed upward or downward variance from the applicable advisory guidelines. The memoranda shall not exceed ten (10) pages, except by leave of Court. Reply memoranda, while not necessary, shall be filed not less than three (3) days prior to the sentencing hearing.  Reply memoranda shall not exceed five (5) pages, except by leave of Court.

ALGENON L. MARBLEY
United States District Judge

DATE: October 1, 2020

*(By)* Betty L. Clark, Deputy Clerk
(614) 719-3265

TO:    , Esq., 303 Marconi Blvd., Ste. 200 Columbus OH  43215
      , Esq.,  St.,  Columbus OH  43215
      U.S. Pretrial Services,  U.S. Courthouse, Columbus OH 43215
      U.S. Probation,  U.S. Courthouse, Columbus OH  43215
      U.S. Marshal,  U.S. Courthouse, Columbus OH  43215