IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff, | : | **NOTICE** |
| | : | |
| v. | : | Case No.  2:19-cr-211(1) |
| | : | |
| Daniel Lee Rippy, | : | CHIEF JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     UNITED STATES DISTRICT COURT     By GoToMeeting (instructions
     85 Marconi Boulevard     provided separately to counsel)
     Columbus, OH  43215

August 5, 2022 @ Noon EST/
9:00 a.m. PT

***If an interpreter is needed,
please notify ASAP***

TYPE OF PROCEEDING:     Final Supervised Release Revocation Hearing

DATE:  July 19, 2022     ALGENON L. MARBLEY
     United States Chief District Judge

_____
(By) Diane M. Stash, Deputy Clerk
(614) 719-3265

cc:     Counsel of Record (via CM/ECF)
     U.S. Pretrial Services, U.S. Courthouse, Columbus, OH 43215
     U.S. Probation, U.S. Courthouse, Columbus, OH 43215
     U.S. Marshal, U.S. Courthouse, Columbus, OH 43215