**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,               :

             Plaintiff,               :               Case No. 2:19-CR-211
                                            (NDCA 4:22-mj-70896)

      vs.               :               JUDGE Marbley

Daniel Rippy               :

             Defendant.               :

---

## ORDER OF RELEASE FROM CUSTODY

---

IT IS HEREBY ORDERED that the Alameda County Santa Rita Jail and United States Marshals Service are hereby ordered to release from custody Daniel Rippy (UMD069) today, August 5, 2022 no later than 4:00 p.m. PST.

IT IS SO ORDERED.

Dated this __5__ day of  August 2022.

ALGENON L. MARBLEY
CHIEF JUDGE
UNITED STATES DISTRICT COURT
