United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:19-cr-211

Daniel Lee Rippy

---

## COURTROOM MINUTES
### Final Supervised Release Revocation Hearing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   August 5, 2022 @ 2:30 p.m. | |
|---|---|---|---|
| **Deputy Clerk:** | Diane Stash | **Counsel for Govt:** | Jessica Knight |
| **Court Reporter:** | Shawna Evans | **Counsel for Deft(s):** | Soumyajit Dutta |
| **Interpreter** | | **Pretrial/Probation:** | Vanessa Fletcher |

Defendant has committed a technical violation of his Supervised Release, but Supervised Release is not revoked.

Defendant to be released from the custody of the United States Marshals Service.

A new term of supervised release of one (1) year is imposed.   All previously imposed conditions of supervision shall remain.