IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.  2:19-cr-211 |
| | : | |
| DANIEL LEE RIPPY, | : | CHIEF JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

**ORDER**

This matter came before the Court for a Final Supervised Release Revocation Hearing on August 5, 2022.  (ECF No. 46.)  The Court finds that defendant has committed a technical violation of his supervised release, but supervised release is not revoked.  A term of supervised release of one (1) year is imposed.  All previously imposed terms and conditions shall remain in effect.

**IT IS SO ORDERED.**

DATED:  August 9, 2022

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**