PROB 22
(Rev. 2/88)

TRANSFER OF JURISDICTION

| FILED<br>APR 3, 2023<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | DOCKET NUMBER *(Tran. Court)*<br>**0648 2:19CR00211 (1)** |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>4:23-cr-00093-AMO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Ohio Southern | DIVISION<br>Columbus |
|---|---|---|
| **Daniel Lee Rippy** | NAME OF SENTENCING JUDGE<br>**Algenon L. Marbley, Chief U.S. District Court Judge** | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>8/5/2022 | TO<br>8/4/2023 |
|---|---|---|---|

OFFENSE

**Threat in Interstate Communications**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Ohio___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 30, 2023_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___March 31, 2023___
Effective Date

_[signature]_
United States District Judge